■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FITZROY MORRIS, Appellant. [821 NYS2d 892]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 21, 2003 (*People v Morris,* 304 AD2d 775 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered February 2, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER OAKES, Appellant. [822 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed January 27, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Miller, J.P., Crane, Mastro and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH OPPERISANO, Appellant. [822 NYS2d 474]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marrus, J.), imposed November 30, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Crane, Mastro and Fisher, JJ., concur.